

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-20-00031-CR**

**IN RE WILLIAM CHARLES WEBB**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

William Charles Webb, acting *pro se*, has filed a petition for writ of mandamus against the Board of Pardons and Paroles. This Court's mandamus jurisdiction does not extend to the Board of Pardons and Paroles. *See* TEX. GOV'T CODE ANN. § 22.221. Accordingly, we dismiss Webb's petition for writ of mandamus for want of jurisdiction.

REX D. DAVIS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Petition dismissed
Opinion delivered and filed February 5, 2020
Do not publish
[OT06]

